OPINION — AG — ** FINANCIAL COUNSELOR — INVESTMENT COUNSELOR ** (1) THE BOARD OF TRUSTEES OF THE OKLAHOMA PUBLIC EMPLOYEES RETIREMENT SYSTEM 'MUST' ACQUIRE CONTRACTS FOR SERVICES FROM ACTUARIES, TRUST COMPANIES AND INVESTMENT COUNSELORS, AS AUTHORIZED BY 74 O.S. 908 [74-908](3), 74 O.S. 908 [74-908](4) BY UTILIZING THE SERVICES OF THE DULY APPOINTED PURCHASING AGENT FOR THE STATE, AS REQUIRED BY THE CENTRAL PURCHASING ACT, 74 O.S. 85.4 [74-85.4], 74 O.S. 85.5 [74-85.5] [74-85.5] (2) THOUGH THE STATE PURCHASING DIRECTOR HAS THE RESPONSIBILITY OF A FIDUCIARY IN THE PERFORMANCE OF THE DUTIES OF PURCHASING AGENT, IT REMAINS THE DUTY AND RESPONSIBILITY OF THE REQUISITIONING BOARD TO MONITOR THE PERFORMANCE OF ANY CONTRACT FOR SERVICES WITH ANY ACTUARY, TRUST COMPANY OR INVESTMENT COUNSELOR. (OFFICE OF PUBLIC AFFAIRS, PROFESSIONAL SERVICES, BIDDING, PENSION, INVESTMENT, GOVERNMENTAL CONTRACTS, COMPETITIVE BIDDING, PURCHASING AGREEMENTS, SERVICES CONTRACT, STATE AGENCY) CITE: 74 O.S. 85.1 [74-85.1], 74 O.S. 85.3 [74-85.3], 74 O.S. 85.32 [74-85.32], 74 O.S. 85.4 [74-85.4], 74 O.S. 85.5 [74-85.5], 74 O.S. 85.12 [74-85.12] 74 O.S. 903 [74-903], 74 O.S. 908 [74-908], 74 O.S. 908 [74-908](3), 74 O.S. 908 [74-908](4) 75 O.S. 318 [75-318] (JAMES B. FRANKS) ** SEE: OPINION NO. 88-061 (1988) ** SEE: OPINION NO. 89-036 (1989)